IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR306

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| **IDRIS DEVON THOMPSON** | ) |
| | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment, as it pertains to **Idris Devon Thompson** only, in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, Defense Counsel, and the United States Attorney's Office.

It is so ordered.

Signed: February 24, 2006

Graham C. Mullen
United States District Judge